IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONRAD ALFARO and
RIOLITA A. ALFARAO,

    Plaintiffs,

  v.

U.S. BANCORP,

    Defendant.
                                 /

No. C 12-00223 WHA

**ORDER SETTING EXPEDITED BRIEFING AND HEARING SCHEDULE**

      Today, this action was reassigned to the undersigned judge. An *ex parte* motion for temporary restraining order and preliminary injunction is pending. The motion will be briefed and heard on an expedited basis. The opposition brief is due by **NOON ON WEDNESDAY, FEBRUARY 8, 2012**. The reply is due by **NOON ON FRIDAY, FEBRUARY 10.** The hearing is set for **8 A.M. ON FEBRUARY 16.**

      **IT IS SO ORDERED.**

Dated: February 3, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE