IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD ALFARO and<br>RIOLITA A. ALFARAO,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. BANCORP,<br><br>    Defendant.<br>_____ / | No. C 12-00223 WHA<br><br>**ORDER SETTING EXPEDITED BRIEFING AND HEARING SCHEDULE** |

Today, this action was reassigned to the undersigned judge. An *ex parte* motion for temporary restraining order and preliminary injunction is pending. The motion will be briefed and heard on an expedited basis. The opposition brief is due by **NOON ON WEDNESDAY, FEBRUARY 8, 2012**. The reply is due by **NOON ON FRIDAY, FEBRUARY 10.** The hearing is set for **8 A.M. ON FEBRUARY 16.**

**IT IS SO ORDERED.**

Dated: February 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE