IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD L. ALFARO and<br>RIOLITA A. ALFARO,<br><br>      Plaintiffs,<br><br>  v.<br><br>U.S. BANCORP,<br><br>      Defendant.<br>_____/ | No. C 12-00223 WHA<br><br>**NOTICE** |

      The Court believes that both sides should be heard before a temporary restraining order is granted. It is the responsibility of plaintiffs to timely serve the complaint, summons, and motion. Failure to do so may result in denial of provisional relief. The Court expects plaintiffs' counsel to be able to present a proper proof of service at the hearing on February 16, 2012, showing timely service of the above-stated documents.

Dated: February 10, 2012.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE