UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONRAD L. ALFARO AND RIOLITA A. ALFARO,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>U.S. BANCORP, AND DOES 1 -100, INCLUSIVE,<br><br>　　　　　Defendants | Case No.:C12-00223 WHA<br><br>TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION<br><br>(Fed. R. Civ. P. 65(a), (b))<br><br>Date: March 8, 2012<br>Time: 8:00am<br>Judge: William Alsup |

　　　To Defendant U.S. Bancorp:

　　　YOU ARE HEREBY ORDERED TO SHOW CAUSE AT 8:00 a.m. on March 8, 2012, in courtroom 8 of the Honorable William Alsup, located at 450 Golden Gate Avenue, 19th floor, San Francisco, CA 94102, why you, your officers, agents, servants, employees and attorneys and those in active concert or participation with you or them, should not be enjoined pending trial of this action from foreclosing on the real property located at 338 Summerwood Drive, Fremont, California 94536, APN: 507 -0802-064-00 (the "Property").

　　　PENDING HEARING on the above Order to Show Cause, you, your officers, agents, servants, employees and attorneys and all those in active concert or

participation with you or them ARE HEREBY RESTRAINED AND ENJOINED FROM foreclosing on the real property located at 338 Summerwood Drive, Fremont, California 94536, APN: 507 -0802-064-00 (the "Property").

The above Temporary Restraining Order is conditioned on Plaintiff's filing an undertaking in the sum of $2,000, by noon on Wednesday, February 22, 2012.  This Order to Show Cause and supporting papers must be served on Defendants no later than tomorrow, February 17, 2012, at 5 p.m.  Any response or opposition to this Order to Show Cause must be filed and personally served on Plaintiff's counsel no later than March 1, 2012.

Dated:   February 16, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE